# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158798(46)(47)

MEDICAL ALTERNATIVES,
          Plaintiff-Appellant,

v                                                                          SC: 158798
                                                                           COA: 340561
AUTO-OWNERS INSURANCE COMPANY,                       Washtenaw CC: 15-000751-NF
          Defendant-Appellee.
_____/

On order of the Chief Justice, the motions of defendant-appellee for immediate consideration and to extend the time for filing its answer are GRANTED. The answer will be accepted as timely filed if submitted on or before January 25, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019

Clerk